UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM, | Case No. C11-2123-RSL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| JOSEPH LOPIN, et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, and thereby GRANTS the Defendants' motion to dismiss (Dkt. 17).

(2) This action is DISMISSED without prejudice.

(3) This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 25th day of May, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE - 1